# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Motz, John F. | United States District Court for the District of Maryland | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
101 West Lombard St., 5th Fl.
Baltimore, Maryland 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | College Savings Plans for grandsons |
| 2. | Trustee | Generation Skipping Trust for Children (GST) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Altria Group Inc (MO) | B | Dividend | K | T | | | | | |
| 2. Apple Inc (AAPL) | D | Dividend | P1 | T | | | | | |
| 3. AT&T (T) | C | Dividend | L | T | | | | | |
| 4. Campbell Soup Co (CPB) | A | Dividend | J | U | | | | | |
| 5. Chevron Corp (CVX) | B | Dividend | K | T | | | | | |
| 6. CVS Corp (CVS) | B | Dividend | K | T | | | | | |
| 7. DoubleLine Total Return Bond Fund (DBLTX) (IRA) | A | Int./Div. | L | T | Buy | 10/16/20 | M | | |
| 8. Duke Realty Corp (DRE) | B | Dividend | K | T | | | | | |
| 9. Exxon Mobil Corporation (XOM) | D | Dividend | L | T | | | | | |
| 10. DFA T A World Ex US Core Equity (DFTWX) | A | Dividend | | | Sold | 06/11/20 | L | D | |
| 11. Fidelity 500 Index Fund Intl Premium (FXAIX) | D | Int./Div. | O | T | Sold (part) | 06/03/20 | K | D | |
| 12. Fidelity Conservative Income Muni Bond (FMNDX) | A | Int./Div. | L | T | Sold (part) | 03/17/20 | K | | |
| 13. | | | | | Sold | 03/19/20 | K | | |
| 14. Fidelity Emerging Markets Index (FPADX) | | Int./Div. | | | Sold | 04/03/20 | K | | |
| 15. Fidelity Extended Market Index Instl Premium (FSMAX) | B | Int./Div. | L | T | Sold (part) | 01/28/20 | K | | |
| 16. Fidelity Inflation Protected Bd Index Instl Premium (FIPDX) (IRA) | B | Int./Div. | M | T | Sold (part) | 08/12/20 | J | | |
| 17. Fidelity Md Municipal Income (SMDMX) | C | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Tax Free Bond (FTABX) | B | Int./Div. | L | T | Buy | 01/28/20 | K | | |
| 19. | | | | | Sold | 05/04/20 | L | | |
| 20. Fidelity Treasury Fund (FZFXX) | A | Int./Div. | M | T | | | | | |
| 21. General Electric Company (GE) | A | Dividend | J | T | | | | | |
| 22. International Business Machines (IBM) | D | Dividend | M | T | | | | | |
| 23. Invesco National AMT-Free Municipal Bond (PZA) | B | Int./Div. | L | T | | | | | |
| 24. Invesco S&P 500 Equal Weight (RSP) | C | Int./Div. | M | T | | | | | |
| 25. Invesco Taxable Municipal Bond (BAB) (IRA) | A | Int./Div. | L | T | Buy | 08/12/20 | K | | |
| 26. | | | | | Buy (add'l) | 11/23/20 | K | | |
| 27. Invesco Variable Rate Investment Grade (VRIG) (IRA) | B | Int./Div. | L | T | Sold (part) | 10/16/20 | L | | |
| 28. | | | | | Sold (part) | 11/23/20 | J | | |
| 29. iShares Core MSCI Emerging Markets (IEMG) | B | Int./Div. | K | T | Buy (add'l) | 04/03/20 | K | | |
| 30. | | | | | Sold (part) | 06/15/20 | K | C | |
| 31. iShares Core S&P 500 (IVV) (IRA) | D | Int./Div. | O | T | | | | | |
| 32. iShares Core S&P Small-Cap (IJR) | B | Int./Div. | M | T | | | | | |
| 33. iShares MBS ETF (MBB) (IRA) | B | Int./Div. | M | T | Buy | 12/11/19 | M | | |
| 34. iShares MSCI EAFE Small Cap Index (SCZ) | A | Int./Div. | | | Sold | 06/15/20 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. iShares MSCI Emerging Mkts Minimum Volatility Index (EEMV) | A | Int./Div. | | | Sold | 03/16/20 | M | | |
| 36. iShares Russell 1000 ETF (IWB) | D | Int./Div. | O | T | | | | | |
| 37. iShares Russell 2000 ETF (IWM) | A | Int./Div. | L | T | | | | | |
| 38. iShares S&P 100 (OEF) | C | Int./Div. | M | T | | | | | |
| 39. iShares S&P 500 Value (IVE) | C | Int./Div. | K | T | Sold (part) | 06/11/20 | M | E | |
| 40. | | | | | Sold (part) | 06/15/20 | L | E | |
| 41. | | | | | Sold (part) | 08/12/20 | K | D | |
| 42. iShares S&P Small-Cap 600 Value (IJS) | B | Int./Div. | M | T | | | | | |
| 43. JPMorgan Ultra-Short Income ETF (JPST) (IRA) | A | Int./Div. | L | T | Sold (part) | 03/13/20 | K | | |
| 44. | | | | | Sold | 04/03/20 | K | | |
| 45. Kraft Heinz Company (KHC) | A | Dividend | J | T | | | | | |
| 46. Merck & Co Inc (MRK) | B | Dividend | K | T | | | | | |
| 47. Mondelez Intl Inc (MDLZ) | A | Dividend | K | T | | | | | |
| 48. Nuveen MD Quality Mun Income Fd (NMY) | C | Int./Div. | M | T | Sold (part) | 12/17/20 | J | B | |
| 49. | | | | | Sold (part) | 12/28/20 | J | A | |
| 50. Nuveen Select Tax-Free Income (NXQ) | C | Int./Div. | M | T | | | | | |
| 51. Olin Corp (OLN) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pepsico Incorporated (PEP) | C | Dividend | M | T | | | | | |
| 53. Philip Morris International Inc. (PM) | B | Dividend | K | T | | | | | |
| 54. PIMCO Income Instl (PIMIX) (IRA) | C | Int./Div. | L | T | | | | | |
| 55. Schwab International Equity (SCHF) | C | Int./Div. | M | T | Buy | 03/16/20 | M | | |
| 56. SPDR S&P 500 Trust (SPY) | C | Int./Div. | N | T | | | | | |
| 57. Stanley Black & Decker Inc (SWK) | B | Dividend | M | T | | | | | |
| 58. Stone Ridge Reinsurance Risk Premium (SRRIX) (IRA) | B | Int./Div. | K | T | Sold (part) | 02/28/20 | L | | |
| 59. | | | | | Sold (part) | 05/29/20 | J | | |
| 60. T Rowe Price MD Tax Free Bond (MDXBX) | D | Int./Div. | N | T | Sold (part) | 06/11/20 | M | | |
| 61. | | | | | Sold (part) | 06/15/20 | K | | |
| 62. T Rowe Price Value (TRVLX) | B | Int./Div. | M | T | | | | | |
| 63. T Rowe Price Group Inc (TROW) | D | Dividend | N | T | | | | | |
| 64. Union Pacific Corp (UNP) | D | Dividend | N | T | | | | | |
| 65. Vanguard FTSE Developed Markets (VEA) | | Int./Div. | | | Sold | 03/16/20 | M | | |
| 66. Vanguard FTSE Emerging Markets (VWO) | C | Int./Div. | M | T | Buy | 03/16/20 | M | | |
| 67. Vanguard GNMA Admiral (VFIJX) (IRA) | C | Int./Div. | M | T | Buy (add'l) | 06/03/20 | L | | |
| 68. Vanguard High-Yield Corporate (VWEAX) (IRA) | A | Int./Div. | | | Buy | 04/03/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Sold | 06/03/20 | L | | |
| 70. | Vanguard High-Yield Tax-Exempt Admiral (VWALX) | C | Int./Div. | M | T | | | | | |
| 71. | Vanguard Large Cap (VV) | B | Int./Div. | M | T | | | | | |
| 72. | Vanguard Long-Term Tax Exempt (VWLUX) | A | Int./Div. | | T | Buy | 05/04/20 | L | | |
| 73. | | | | | | Sold | 06/11/20 | L | | |
| 74. | Wabtec Corporation (WAB) | A | Dividend | J | T | | | | | |
| 75. | Washington Real Estate (WRE) | C | Dividend | L | T | | | | | |
| 76. | Yum China Holdings Inc (YUMC) | A | Dividend | K | T | | | | | |
| 77. | Yum! Brands Inc (YUM) | B | Dividend | L | T | | | | | |
| 78. | 529 - Bond & Income Portfolio (CUST) | A | Int./Div. | L | T | | | | | |
| 79. | 529 - Global Equity Mkt Index Port (CUST) | A | Int./Div. | M | T | Buy<br>(add'l) | 06/03/20 | L | | |
| 80. | 529 - Vanguard Interest Accumulation Portfolio (CUST) | A | Int./Div. | L | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 12/31/20 | J | | |
| 83. | 529 - Vanguard Total Bond Market Index Port (CUST) | A | Int./Div. | M | T | Buy<br>(add'l) | 02/14/20 | J | | |
| 84. | | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 85. | | | | | | Sold<br>(part) | 12/31/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. 529 - Vanguard Total International Stock Index Port (CUST) | A | Int./Div. | L | T | Buy (add'l) | 02/14/20 | J | | |
| 87. | | | | | Sold (part) | 09/02/20 | J | | |
| 88. | | | | | Sold (part) | 12/31/20 | J | | |
| 89. 529 - Vanguard Total Stock Market Index Portfolio (CUST) | A | Int./Div. | M | T | Sold (part) | 02/14/20 | J | | |
| 90. | | | | | Sold (part) | 09/02/20 | J | | |
| 91. | | | | | Sold (part) | 12/31/20 | J | | |
| 92. 529 - Equity Index 500 Portfolio | A | Int./Div. | L | T | Sold (part) | 06/03/20 | L | | |
| 93. | | | | | Sold (part) | 09/03/20 | J | | |
| 94. 529 - US Bond enhanced Index Portfolio (CUST) | A | Int./Div. | M | T | Buy (add'l) | 09/03/20 | J | | |
| 95. -TRP Blue Chip Growth (TRBCX) (GST) | D | Int./Div. | N | T | | | | | |
| 96. - TRP Int Bond (RPIBX) (GST) | A | Int./Div. | K | T | | | | | |
| 97. - TRP Int Stock (PRITX) (GST) | B | Int./Div. | K | T | | | | | |
| 98. - TRP Equity Income (PRFDX) (GST) | D | Int./Div. | M | T | | | | | |
| 99. - TRP Global Stock (PRGSX) (GST) | D | Int./Div. | N | T | | | | | |
| 100. - TRP Growth Stock (PRGFX) (GST) | D | Int./Div. | N | T | | | | | |
| 101. - TRP New Era (PRNEX) (GST) | A | Int./Div. | K | T | | | | | |
| 102. - TRP Government Money (PRRXX) (GST) | A | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - TRP Spectrum Growth (PRSGX) (GST) | E | Int./Div. | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Motz, John F. | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John F. Motz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544